UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2005 JAN 27 P 1:51
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>v.<br><br>DOES 1 - 2,<br><br>        Defendants. | CIVIL ACTION DISTRICT COURT<br><br>05-10159 NG |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Plaintiffs identify their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

Plaintiff MOTOWN RECORD COMPANY, L.P. is a subsidiary of Vivendi Universal, S.A., which is publicly traded in the United States.

Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.'s parent corporation is WMG Parent Corp., which is not publicly traded.

Plaintiff ATLANTIC RECORDING CORPORATION's parent corporation is WMG Parent Corp., which is not publicly traded.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., which is publicly traded in the United States.

Plaintiff WARNER BROS. RECORDS INC.'s parent corporation is WMG Parent Corp., which is not publicly traded.

Plaintiff BMG MUSIC is a general partnership owned by Sony BMG Music Entertainment and Ariola Eurodisc LLC, neither of which is publicly traded.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a joint venture owned by USCO Holdings Inc., BeSo Holding LLC, Ariola Eurodisc, Inc., Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff ARISTA RECORDS LLC is a limited liability company owned by BMG Music, which is not publicly traded.

|  |  |
|---|---|
|  | MOTOWN RECORD COMPANY, L.P.; ELEKTRA ENTERTAINMENT GROUP INC.; ATLANTIC RECORDING CORP.; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC |
|  | By their attorneys, |
| DATED: 1/26/05 | By: _____ Colin J. Zick (BBO No. 556538) Gabriel M. Helmer (BBO No. 652640) FOLEY HOAG LLP 155 Seaport Boulevard Boston, MA 02210-2600 Phone: (617) 832-1000 Fax:    (617) 832-7000 |

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100