AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

FILED
IN CLERKS OFFICE
2005 JAN 27
U.S. DISTRICT COURT
DISTRICT OF MASS.

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

05CV 10159 NG

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Massachusetts<br>John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>MOTOWN RECORD COMPANY, L.P.; ELEKTRA ENTERTAINMENT GROUP INC.; ATLANTIC RECORDING CORP.; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC | DEFENDANT<br>DOES 1 - 2 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

**Exhibit A**

## Doe #1 (134.174.178.160 2004-12-19 21:30:32 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Marc Anthony | Love Is All | Marc Anthony | 284-194 |
| UMG Recordings, Inc. | Tonic | If You Could Only See | Lemon Parade | 257-075 |
| Elektra Entertainment Group Inc. | Tracy Chapman | All That You Have Is Your Soul | Cross Roads | 110-722 |
| Sony BMG Music Entertainment | Mariah Carey | Open Arms | Daydream | 215-243 |
| BMG Music | Dave Matthews Band | Crash Into Me | Crash | 212-572 |
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| UMG Recordings, Inc. | Musiq | Halfcrazy | Juslisen | 308-859 |
| Sony BMG Music Entertainment | Mariah Carey | My All | Butterfly | 244-014 |

**Exhibit A**

## Doe #2 (134.174.21.5 2004-12-13 23:39:58 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | Hands | Spirit | 261-953 |
| UMG Recordings, Inc. | Aqua | Barbie Girl | Aquarium | 243-903 |
| Warner Bros. Records Inc. | The Time | Jungle Love | Ice Cream Castle | 55-021 |
| Warner Bros. Records Inc. | ZZ Top | Sharp Dressed Man | Eliminator | 45-132 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| Motown Record Company, L.P. | Rick James | Super Freak | Street Songs | 25-800 |