UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>                Plaintiffs,<br><br>v.<br><br>DOES 1-2,<br><br>                Defendants. | CIVIL ACTION 05-CV-10159 NG |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE
WITH REGARD TO DEFENDANT DOE 2**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby

give notice of the dismissal without prejudice of the above-captioned matter with regard to

defendant Doe 2, who is associated in the Complaint with the following IP address:

134.174.21.5 2004-12-13 23:39:58.

This notice of dismissal shall have no effect on the claims asserted against the defendant

named Doe 1 in this matter.

- 2 -

MOTOWN RECORD COMPANY, L.P.;
ELEKTRA ENTERTAINMENT GROUP INC.;
ATLANTIC RECORDING CORPORATION;
UMG RECORDINGS, INC.; WARNER BROS.
RECORDS INC.; BMG MUSIC; SONY BMG
MUSIC ENTERTAINMENT; and ARISTA
RECORDS LLC
By their attorneys,


/s/ Colin J. Zick_____
Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:    (617) 832-7000

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100


FHBOSTON/2769950.2