**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **LONDON-SIRE RECORDS INC., et al.,** ) | |
|     **Plaintiffs,** ) | |
| ) | |
|     **v.** ) | **C.A. No. 04-12434-NG** |
| ) | **LEAD DOCKET NUMBER** |
| **DOES 1-4,** ) | |
|     **Defendants.** ) | |

| | |
|---|---|
| INTERSCOPE RECORDS, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
|     v. ) | C.A. No. 04-12435-NG |
| ) | |
| JOHN DOE, ) | |
|     Defendant. ) | |

| | |
|---|---|
| MAVERICK RECORDING COMPANY, et al.,) | |
|     Plaintiffs, ) | |
| ) | |
|     v. ) | C.A. No. 04-12436-NG |
| ) | |
| JOHN DOE, ) | |
|     Defendant. ) | |

| | |
|---|---|
| ATLANTIC RECORDING CORP., et al., ) | |
|     Plaintiffs, ) | |
| ) | |
|     v. ) | C.A. No. 04-12437-NG |
| ) | |
| DOES 1-5, ) | |
|     Defendants. ) | |

| | |
|---|---|
| CAPITOL RECORDS, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
|     v. ) | C.A. No. 04-12438-NG |
| ) | |
| JOHN DOE, ) | |
|     Defendant. ) | |

```
LOUD RECORDS, et al.,              )
      Plaintiffs,                  )
                                   )
      v.                           )    C.A. No. 04-12439-NG
                                   )
DOES 1-5,                          )
      Defendants.                  )
```

```
VIRGIN RECORDS AMERICA, INC.,      )
et al.,                            )
      Plaintiffs,                  )
                                   )
      v.                           )    C.A. No. 05-10158-NG
                                   )
RICHARD L. DUBROCK,                )
      Defendant.                   )
```

```
MOTOWN RECORD CO., L.P., et al.,   )
      Plaintiffs,                  )
                                   )
      v.                           )    C.A. No. 05-10159-NG
                                   )
DOES 1-2,                          )
      Defendants.                  )
```

```
INTERSCOPE RECORDS, et al.,        )
      Plaintiffs,                  )
                                   )
      v.                           )    C.A. No. 05-10160-NG
                                   )
DOES 1-2,                          )
      Defendants.                  )
```

```
BMG MUSIC, et al.,                 )
      Plaintiffs,                  )
                                   )
      v.                           )    C.A. No. 05-10168-NG
                                   )
DOES 1-2,                          )
      Defendants.                  )
```

| | | |
|---|---|---|
| UMG RECORDINGS, INC., et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | C.A. No. 05-10169-NG |
| | ) | |
| DOES 1-2, | ) | |
|     Defendants. | ) | |

| | | |
|---|---|---|
| CAPITOL RECORDS, INC., et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | C.A. No. 05-10565-NG |
| | ) | |
| DOES 1-2, | ) | |
|     Defendants. | ) | |

| | | |
|---|---|---|
| VIRGIN RECORDS AMERICA, INC., | ) | |
| et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | C.A. No. 05-10566-NG |
| | ) | |
| JOHN DOE, | ) | |
|     Defendant. | ) | |

| | | |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | C.A. No. 05-10567-NG |
| | ) | |
| JOHN DOE, | ) | |
|     Defendant. | ) | |

| | | |
|---|---|---|
| ATLANTIC RECORDING CORP., et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|     v. | ) | C.A. No. 05-10568-NG |
| | ) | |
| DOES 1-3, | ) | |
|     Defendants. | ) | |

INTERSCOPE RECORDS, et al.,     )
    Plaintiffs,          )
                    )
    v.                 )    C.A. No. 05-10569-NG
                    )
JOHN DOE,              )
    Defendant.          )

CAPITOL RECORDS, INC., et al.,   )
    Plaintiffs,          )
                    )
    v.                 )    C.A. No. 05-10731-NG
                    )
DOES 1-11,             )
    Defendants.         )

MOTOWN RECORD CO., L.P., et al.,  )
    Plaintiffs,          )
                    )
    v.                 )    C.A. No. 05-10732-NG
                    )
DOES 1-22,             )
    Defendants.         )

ATLANTIC RECORDING CORP., et al., )
    Plaintiffs,          )
                    )
    v.                 )    C.A. No. 05-10733-NG
                    )
DOES 1-25,             )
    Defendants.         )

LONDON-SIRE RECORDS INC., et al., )
    Plaintiffs,          )
                    )
    v.                 )    C.A. No. 05-10734-NG
                    )
DOES 1-25,             )
    Defendants.         )

-4-

<u>**ORDER OF CONSOLIDATION**</u>
**April 20, 2005**

The twenty cases above are hereby **ORDERED** consolidated under the **lead case, docket number 2004-12434-NG**, pursuant to Fed. R. Civ. P. 42.  The cases involve common parties, factual and legal issues insofar as the suits are based on the same conduct – the use of an online media distribution system to download and/or distribute copyrighted works.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, with the lead caption as it appears at the top of this order.**  Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: April 20, 2005**          **s/ NANCY GERTNER U.S.D.J.**